```
IN THE UNITED STATES DISTRICT COURT FOR THE
     WESTERN DISTRICT OF NORTH CAROLINA
              CHARLOTTE DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 3:98CR7-MU |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM PATRICK MILLER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the defendant's letter/motion to reconsider (Filing No. 459). This case was tried to a jury, and a verdict of guilty was returned on April 8, 1999 (Filing No. 209). Defendant was sentenced on September 23, 1999 (Filing No. 270).

This letter/motion is governed by Federal Rule of Criminal Procedure 33(b). Neither provision is applicable. Defendant's motion is untimely and will be denied. Accordingly,

IT IS ORDERED that defendant's letter/motion to reconsider is denied.

DATED this 12th day of September, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
  LYLE E. STROM, Senior Judge
  United States District Court